# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

**16 CV 6075**

| | |
|---|---|
| Jonathan Paul Catlin | CASE NO. _____ |
|    Plaintiff | JUDGE: __DGL__ |
| | |
| vs. | COMPLAINT FOR VIOLATIONS OF 47 U.S.C. §227; |
| Rushmore Service Center, LLC | STATUATORY DAMAGES |
|    Defendant | and PUNITIVE DAMAGES |
| | |
| | DEMAND FOR TRIAL BY JURY |

## INTRODUCTION & OPENING STATEMEMT

This is an action brought by Plaintiff against Rushmore Service Center, LLC for violations of the Telephone Consumer Protection Act, 47 USC § 227 (herein after "47 USC § 227").

## I. JURISDICTION and VENUE

1. This action arises under 47 U.S.C. §227. The jurisdiction of this court is founded on federal question jurisdiction, 28 U.S.C. §1331.

2. Venue is proper because the events giving rise to Plaintiff's causes of action occurred within this district, as provided in 28 U.S.C. § 1391(b)(2).

## II. PARTIES

3. Plaintiff, Jonathan Paul Catlin, herein after "Plaintiff", at all times relevant herein, was domiciled in the town of Naples, New York.

4. Plaintiff is informed and believes that Defendant, Rushmore Service Center, LLC, herein after "Defendant", is a South Dakota corporation authorized to do business in New York state. Defendant's principle business address is Rushmore Service Center, LLC, 3820 N. Louise Ave, Sioux Falls, South Dakota 57107-0145.

## PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

5.  The plaintiff has **not** begun any other lawsuits in state or federal court dealing with the same facts involved in this action.

## CONDITIONS PRECEDENT

6.  All conditions precedent have been performed or have occurred.

## COUNT 1
### (47 U.S.C. §227; Placing calls to a personal cell phone using an automated dialer)

7.  Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 7 above and incorporates the same as if set forth in full.

8.  From July 2014 through August, 2014, Defendant called Plaintiff's cell phone no less than 30 times.

9.  Upon information and belief, Defendant used an automatic telephone dialing system to place these calls.

10. Plaintiff has no contract or business relationship with Defendant, and has never given Defendant express permission to call Plaintiff's cell phone.

11. The federal basis for this claim is 47 U.S.C. §227(b)(1)(A) and 47 U.S.C. §227(b)(3).

WHEREFORE, Plaintiff prays for statutory damages ($1,500.00 per call) and punitive damages against Defendant.

## SUMMARY OF RELIEF SOUGHT

**WHEREFORE**, Plaintiff prays for relief against Defendant as follows:

   a) For statutory damages in the amount of $45,000.00.
   b) For punitive damages in the amount allowed by law.
   c) Reasonable legal costs & fees, along with costs of suit.
   d) Reasonable costs of time to pursue suit; and,
   e) Such other relief as this Court may find to be just and proper.

## DEMAND FOR TRIAL BY JURY

I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

EXECUTED this 1st day of February, 2016.

*[signature]*
Original Signature

Jonathan Paul Catlin
c/o PO Box 313
Naples, Idaho
cell: 208-627-3950
e-mail: myfriendstenthousand@gmail.com

*In Proper Person*

# Exhibit A

## AFFIDAVIT OF JONATHAN PAUL CATLIN

STATE OF IDAHO            )
                          )  ss
COUNTY OF BONNER          )

Comes now, Jonathan Paul Catlin, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. Affiant has not been presented with any contract or agreement that presents Affiant and Rushmore Service Center, LLC as parties to said contract or agreement.

2. Affiant has never given express consent to Rushmore Service Center, LLC to call Affiant or Affiant's personal cell phone.

3. From July 12, 2014 through August 16, 2014, Affiant received no less than 30 calls from Rushmore Service Center, LLC (caller ID number 605-333-6299) on his personal cell phone (phone number 585-348-0991) (see attached). Affiant believes these calls to have been placed using an automatic telephone dialing system.

Further, Affiant sayeth naught.

_____      1/6/16
Jonathan Paul Catlin                  Date

State of Idaho
County of Bonner

Subscribed and sworn to (or affirmed) before me on this __6__ day of January, 2016 by Jonathan Paul Catlin, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____ (Seal)
Notary Public

| Date | Time |
| --- | --- |
| 7/12/2014 | 12:05 PM |
| 7/15/2014 | 8:50 PM |
| 7/16/2014 | 12:36 PM |
| 7/17/2014 | 6:55 PM |
| 7/21/2014 | 8:38 AM |
| 7/22/2014 | 3:25 PM |
| 7/23/2014 | 9:02 AM |
| 7/24/2014 | 8:57 AM |
| 7/24/2014 | 6:55 PM |
| 7/28/2014 | 2:23 PM |
| 7/29/2014 | 9:08 AM |
| 7/29/2014 | 6:29 PM |
| 7/30/2014 | 8:51 AM |
| 7/30/2014 | 4:46 PM |
| 8/1/2014 | 9:38 AM |
| 8/5/2014 | 11:36 AM |
| 8/6/2014 | 8:53 AM |
| 8/6/2014 | 7:52 PM |
| 8/7/2014 | 9:55 AM |
| 8/7/2014 | 6:42 PM |
| 8/8/2014 | 9:55 AM |
| 8/11/2014 | 6:54 PM |
| 8/12/2014 | 8:56 AM |
| 8/12/2014 | 6:29 PM |
| 8/13/2014 | 8:43 AM |
| 8/13/2014 | 3:41 PM |
| 8/14/2014 | 8:43 AM |
| 8/14/2014 | 2:06 PM |
| 8/15/2014 | 12:30 PM |
| 8/16/2014 | 9:29 AM |

**Left screenshot (Phone — 8:27):**

- 7/21/14 — 8:38 a
  (605) 333-6299
  Duration: 00:00
- 7/17/14 — 6:55 p
  (605) 333-6299
  Duration: 00:00
- 7/16/14 — 12:36 p
  (605) 333-6299
  Duration: 00:00
- 7/15/14 — 8:50 p
  (605) 333-6299
  Duration: 00:00
- 7/12/14 — 12:05 p
  (605) 333-6299
  Duration: 00:00

**Right screenshot (Phone — 8:29):**

- 7/29/14 — 9:08 a
  (605) 333-6299
  Duration: 00:00
- 7/28/14 — 2:23 p
  (605) 333-6299
  Duration: 00:00
- 7/24/14 — 6:55 p
  (605) 333-6299
  Duration: 00:00
- 7/24/14 — 8:57 a
  (605) 333-6299
  Duration: 00:00
- 7/23/14 — 9:02 a
  (605) 333-6299
  Duration: 00:00
- 7/22/14 — 3:25 p
  (605) 333-6299
  Duration: 00:00

**Phone** 8:30

- 8/6/14 — 8:53 a
  (605) 333-6299
  Duration: 00:00
- 8/5/14 — 11:36 a
  (605) 333-6299
  Duration: 00:00
- 8/1/14 — 9:38 a
  (605) 333-6299
  Duration: 00:00
- 7/30/14 — 4:46 p
  (605) 333-6299
  Duration: 00:00
- 7/30/14 — 8:51 a
  (605) 333-6299
  Duration: 00:00
- 7/29/14 — 6:29 p
  (605) 333-6299
  Duration: 00:00

**Phone**

- 8/12/14 — 8:56
  (605) 333-6299
  Duration: 00:00
- 8/11/14 — 6:24
  (605) 333-6299
  Duration: 00:00
- 8/8/14 — 9:05
  (605) 333-6299
  Duration: 00:00
- 8/7/14 — 6:42 p
  (605) 333-6299
  Duration: 00:00
- 8/7/14 — 8:34 a
  (605) 333-6299
  Duration: 00:00
- 8/6/14 — 7:52 p
  (605) 333-6299

**Phone**

- 8/15/14 — 12:30 p
  (605) 333-6299
  Duration: 00:00
- 8/14/14 — 2:06 p
  (605) 333-6299
  Duration: 00:00
- 8/14/14 — 8:43 a
  (605) 333-6299
  Duration: 00:00
- 8/13/14 — 3:41 p
  (605) 333-6299
  Duration: 00:00
- 8/13/14 — 8:43 a
  (605) 333-6299
  Duration: 00:00
- 8/12/14 — 6:29 p
  (605) 333-6299
  Duration: 00:00



**Phone**

- 8/16/14 — 8:32 p
  (605) 333-6299
  Duration: 00:00
- 8/16/14 — 9:29 a
  (605) 333-6299
  Duration: 00:00
- 8/15/14 — 12:30 p

