# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Paul Catlin | CASE NO. 16-cv-6075 |
| Plaintiff | JUDGE: Hon. David G. Larimer |
| vs. | |
| Rushmore Service Center, LLC | NOTICE OF DISMISSAL |
| Defendant | |

*FILED APR - 8 2016 — MARY C. LOEWENGUTH, CLERK, UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NY*

### PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff is Jonathan Paul Catlin; defendant is Rushmore Service Center, LLC

2. On February 8, 2016, plaintiff sued defendant.

3. Defendant has not been served with process and has not served an answer or a motion for summary judgment.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

8. This dismissal is with prejudice.

Respectfully submitted this 1st day of April, 2016.

*Jonathan Paul Catlin*

Original Signature

Jonathan Paul Catlin

c/o PO Box 313

Naples, Idaho

cell: 208-627-3950

e-mail: myfriendstenthousand@gmail.com

*In Proper Person*

Catlin
PO Box 313
Naples, ID 83847

Clerk, US District Court
100 State Street
Rochester, NY 14614

